UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOLEEN DOHERTY and KIMBERLY
COLEMAN,

      Plaintiffs,

v.                                              Case No.:  2:18-cv-638-FtM-99UAM

GOOD SHEPHERD DAY SCHOOL
OF CHARLOTTE COUNTY, INC.,

      Defendant.
_____/

## **OPINION AND ORDER**[1]

      Before the Court is United States Magistrate Judge Douglas N. Frazier's Report and Recommendation.  (Doc. 27).  Judge Frazier recommends granting the parties' Joint Motion to Approve Offers of Judgment Accepted (Doc. 22) and approving the Offers of Judgment (Doc. 10, Doc. 11, Doc. 22-1, Doc. 22-2) as a "fair and reasonable solution of a bona fide dispute" of the FLSA issues.  Neither party objects to the Report and Recommendation, and the time to do so has expired.  The Report and Recommendation is ripe for review.

      A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those portions of the report or specified

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge Frazier's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now **ORDERED**:

(1) The Report and Recommendation (Doc. 27) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

   a. The Joint Motion to Approve Offers of Judgment Accepted (Doc. 22) is **GRANTED**.

   b. The Offers of Judgment (Doc. 10, Doc. 11, Doc. 22-1, Doc. 22-2) are **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of the parties' FLSA issues.

(2) The above-captioned case is **DISMISSED**.

(3) The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of May 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record