UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOLEEN DOHERTY and KIMBERLY
COLEMAN,

      Plaintiffs,

v.                                                      Case No.: 2:18-cv-638-FtM-38UAM

GOOD SHEPHERD DAY SCHOOL
OF CHARLOTTE COUNTY, INC.,

      Defendant.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Douglas N. Frazier's Report and Recommendation. (Doc. 31). Judge Frazier recommends granting in part and denying in part Plaintiffs Joleen Doherty and Kimberly Coleman's Motion for an Award of Attorney's Fees and Costs (Doc. 21). Neither party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge Frazier's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 31) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiffs' Motion for an Award of Attorney's Fees and Costs (Doc. 21) is **GRANTED in part and DENIED in part**. The motion is granted in that Plaintiffs are **AWARDED** $525.00 in attorney's fees and $400.00 in costs. The motion is denied in all other respects.

(3) The Clerk is **DIRECTED** to enter an amended judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of June 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record